UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-10027-WGY |
| v. | Violations: |
| (1)  Amie ARESTANI; | 21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Methamphetamine |
| (2)  Rudy AVALOS; | |
| (3)  Dennis R. BRADY, Jr.; | |
| (4)  Adolfo CASTILLEJA, a/k/a "Rudy"; | 18 U.S.C. §1956(h) – Money Laundering Conspiracy |
| (5)  David GURULE; | 18 U.S.C. § 1956(a)(1) – Money Laundering |
| (6)  Carl LINDSTROM; and | 18 U.S.C. § 2 – Aiding and Abetting |
| (7)  Stacy DEVANNEY; | |
| Defendants. | 21 U.S.C. § 853 - Drug Forfeiture Allegation |
| | 18 U.S.C. § 982(a)(1) – Money Laundering Forfeiture Allegation |

### GOVERNMENT'S MOTION TO SEAL

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States of America hereby moves this Court to direct that the Superseding Indictment be sealed (and that no person shall disclose the return of the superseding indictment except when necessary for the issuance and execution of a warrant) until defendant Stacy Devanney is in custody in the above-captioned case and the Court has ordered the Superseding Indictment unsealed.

    The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _Linda M. Ricci_____
Linda M. Ricci
Assistant U.S. Attorney

Dated: March 22, 2012