**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

_____
                                              )
UNITED STATES OF AMERICA    )
                                              )
            v.                        )        Criminal No. 12-10027-WGY
                                              )
                                              )
STACY DEVANNEY                  )
_____)

INITIAL SCHEDULING ORDER

April 4, 2012

HILLMAN, M.J.

      The above named Defendant has been arraigned before this court on Wednesday, April 4, 2012, and has elected to proceed under the automatic discovery rules. Accordingly, the parties shall comply with their discovery obligations set forth in the Local Rules, D.Mass ("LR") 116.1 through 116.4. Furthermore, it is HEREBY ORDERED that:

1. Unless Judge Young orders otherwise, the date for the completion of of Automatic Discovery under LR 116.1(c) and for the disclosure of exculpatory evidence under LR 116.2(b)(1) is Wednesday, May 2, 2012. The parties are reminded of their obligation under LR 116.1(c) to notify the court as soon as practicable of any issues that require an alternative discovery schedule.

2. **An initial status conference in accordance with LR 116.5 will be held be held by Judge Young on a date and at a time to be established by his session.  Counsel for the respective parties shall consult with Judge Young's session to obtain that date and time**.

3. The Joint Memorandum addressing those items set forth in LR 116.5(a) shall be filed on or before the close of business seven days prior to the status conference referenced in the preceding paragraph.

                                              **/s/ Timothy S. Hillman**
                                              TIMOTHY S. HILLMAN
                                              UNITED STATES MAGISTRATE JUDGE