442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 12cr10027WGY |
| Stacy Devanney | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Stacy Devanney,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 846 - Conspiracy to Possess with Intent to Distribute and to Distribute
18 U.S.C. Section 1956(h) - Money Laundering Conspiracy
18 U.S.C. Section 1956(a)(1)(B)(i) - Money Laundering

Date: March 22, 2012

_____
Issuing officer's signature

City and state: Boston, Massachusetts    Jennifer C. Boal, United States Magistrate Judge
_____
Printed name and title

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY DEA
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 3/21/2012

_____ Arresting officer's signature

_____
Printed name and title